UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DELORETTE W. JOHANNES,

Plaintiff,

v.

SUN COUNTRY AIRLINES,

Defendant.

Civil 00-1891 (MJD/SRN)

**ORDER**

Plaintiff has filed a complaint alleging that Defendant violated federal law by terminating her employment on the basis of her national origin and disability. (Docket No. 1.) Her complaint was accompanied by an application for leave to proceed in forma pauperis, ("IFP"), (Docket No. 2), which is now before the Court.

Plaintiff's IFP application shows that she is currently employed at AT&T Corp, and that she is earning approximately $2800 per month. Although Plaintiff does have one dependent, her IFP application does not suggest that she has any unusual debts or financial responsibilities.

In light of Plaintiff's income level, and upon considering the rest of the financial information presented in her IFP application, the Court cannot conclude that Plaintiff is currently indigent. She has not adequately explained why she cannot pay the filing fee and costs of service of process from the income that she is presently earning. Plaintiff's IFP application will therefore be DENIED.

However, Plaintiff will be given an opportunity to pay the normal $150 filing fee, and if she chooses to do so, she will be allowed to pursue her claims as a non-IFP

FILED AUG 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

litigant. If Plaintiff pays the $150 filing fee within twenty (20) days after the date of this Order, the action will be allowed to proceed. If she fails to pay the full amount of the filing fee within the time allowed, it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's IFP Application, (Docket No. 2), is **DENIED;** and

2. Plaintiff shall pay the full filing fee of $150 within twenty (20) days after the date hereof, failing which it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: August 14, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge