UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DELORETTE W. JOHANNES,

Plaintiff,

v.

SUN COUNTRY AIRLINES,

Defendant.

Civil 00-1891 (MJD/SRN)

**REPORT AND RECOMMENDATION**

Plaintiff commenced this action on August 8, 2000, by filing a complaint and an application seeking leave to proceed in forma pauperis ("IFP"). This Court examined the IFP application and found that Plaintiff had not adequately demonstrated that she could not afford to pay the $150 filing fee prescribed by 28 U.S.C. § 1914(a). Therefore, in an order dated August 14, 2000, (Docket No. 3), Plaintiff's IFP application was denied.

The Court's order informed Plaintiff that although she would not be granted IFP status, she could still maintain this action if she paid the requisite filing fee. Plaintiff was advised that if she intended to pursue her claims in this action as a non-IFP litigant, she would have to pay the full $150 filing fee within twenty days. Plaintiff was further advised that if she did not pay the $150 filing fee within twenty days, it would be recommended that her action be dismissed, without prejudice, for failure to prosecute.

The deadline for paying the filing fee established by the Court's prior order passed several weeks ago. To date, however, Plaintiff has not paid her filing fee, nor has she contacted the Court, or communicated with the Court, in any way. Therefore, it is now recommended, in accordance with the Court's prior order, that Plaintiff be deemed to have abandoned this action, and that the action be dismissed without prejudice pursuant to Fed.

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

R. Civ. P. 41(b). See Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962) (recognizing that a federal court has the inherent authority to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases").

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

This action be **DISMISSED WITHOUT PREJUDICE**.

Dated: October 17, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief with ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.