UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DELORETTE W. JOHANNES,

Plaintiff,

ORDER

v.

Civil 00-1891 (MJD/SRN)

SUN COUNTRY AIRLINES,

Defendant.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. The action be **DISMISSED WITH PREJUDICE.**

Dated: August 23, 2001

MICHAEL J. DAVIS, Judge
United States District Court

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________